# LEVI HUEBNER & ASSOCIATES, PC

### ATTORNEYS AND COUNSELORS AT LAW
464 MALBONE STREET, SUITE 100
BROOKLYN, NY 11225
TEL: (212) 354-5555
FAX: (718) 636-4444
EMAIL: NEWYORKLAWYER@MSN.COM

February 17, 2026

Honorable Judge Kenneth M. Karas
United States District Court
300 Quarropas Street, Chambers 533
White Plains, NY 10601

Re:  ***Gross v. Village of Woodridge, et al.***
***Case No.: 25-cv-02947 (KMK)***

Honorable Judge Karas:

We represent the Plaintiff Jacob Gross.

By Order dated November 17, 2026, Your Honor directed so ordered the suggestion of death thereby staying the within matter through February 17, 2026.

Plaintiff has been attempting to obtain the estate information regarding the deceased defendant Joan Collins so the estate of Joan Collins may be substituted and served.

The Defendants' counsel that they have reached out to the "personal attorney for the Village of Woodridge (Jeff Kaplan). Mr. Kaplan was not aware of an estate for Ms. Collins, but he advised that he would f/u with a relative of hers to get more information. I hope to hear from Mr. Kaplan next week." However, the counsel for Defendants has not furnished further information.

Our paralegal traveled to the Sullivan County Surrogates Court but was not able to retrieve any information regarding the estate of Joan Collins.

In light of the foregoing the Plaintiff is respectfully requesting that the within matter be stayed for an additional sixty (60) days so that Plaintiff may obtain the information regarding the estate of Joan Collins so that the estate may be substituted and served.

The Defendants will suffer no prejudice by the within request, however, the Plaintiff will be prejudiced if he is not able to substitute and serve the estate of Joan Collins.

Granted, one last time.

So Ordered
2/17/26

Respectfully submitted,

s / Levi Huebner

_____
By: Levi Huebner